**Honorable Marsha J. Pechman**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PFC PROPERTIES, INC., a Washington for-profit corporation; CHARLES FERNER, a married individual and officer of PFC Properties, Inc., and his spouse; KIMBERLEE FERNER; and PAUL HALL, an individual and officer of PFC Properties, Inc.;<br><br>Plaintiffs,<br><br>vs.<br><br>AMTRUST NORTH AMERICA, dba, SECURITY NATIONAL INSURANCE COMPANY, an insurance company; and CLEAR SPRINGS PROPERTY AND CASUALTY COMPANY, an insurance company,<br><br>Defendants. | No. 3:22-cv-5022-MJP<br><br>**STIPULATED MOTION FOR ORDER TO EXTEND DEADLINE FOR DEFENDANTS AMTRUST NORTH AMERICA, DBA SECURITY NATIONAL INSURANCE COMPANY AND CLEAR SPRING PROPERTY AND CASUALTY COMPANY TO ANSWER COMPLAINT**<br><br>**NOTED FOR CONSIDERATION: JANUARY 20, 2022** |

## I. STIPULATION

In support of the stipulation to extend the time for Defendants Amtrust North America, dba Security National Insurance Company and Clear Spring Property and Casualty Company to respond to the complaint, the Parties make the following recitals:

WHEREAS, Defendant Clear Spring Property and Casualty Company filed the removal action on January 12, 2022 and served Plaintiffs PFC Properties, Inc., Charles Ferner, Kimberlee

Ferner and Paul Hall ("Plaintiffs") with the removal action on January 12, 2022;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants must respond to the Complaint by January 19, 2022;

WHEREAS, the Plaintiff and Defendants are discussing early resolution of this matter;

WHEREAS, this Stipulation will not alter the date of any event or deadline already fixed by the Court; and

WHEREAS, no prior extensions of time have been granted in this matter.

NOW THEREFORE, the Plaintiff and Defendants agree as follows:

1. Defendants may have a 20-day extension of time, until and including, February 9, 2022, to respond to Plaintiff's Complaint; and

IT IS SO STIPULATED AND AGREED.

DATED this 20th day of January, 2022

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant Clear Spring Property and Casualty Company*

DATED this 20th day of January, 2022

BULLIVANT HOUSER BAILEY, PC

*s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
*Attorneys for Defendant Amtrust North America*

DATED this 20th day of January, 2022

SCUDERI LAW OFFICES, P.S.

*s/ Joseph Scuderi*
Joseph Scuderi, WBSA #26623
Jeremy Dobbins, WSBA #47709
*Attorneys for Plaintiffs*

Stipulated Motion for Order to Extend Deadline for Defendants Amtrust North America, dba Security National Insurance Company and Clear Spring Property and Casualty Company to Answer Complaint – 2
No. 3:22-cv-5022-MJP
3142944 / 1254.0002

## II. ORDER

It Is So Ordered.

IT IS SO ORDERED this 20th day of January, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant Clear Spring*

Approved as to form;

SCUDERI LAW OFFICES, P.S.

*s/ Joseph Scuderi*
Joseph Scuderi, WBSA #26623
Jeremy Dobbins, WSBA #47709
*Attorneys for Plaintiffs*

BULLIVANT HOUSER BAILEY, PC

*s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
*Attorneys for Defendant Amtrust North America*